

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

83

GERALD C. MANN
ATTORNEY GENERAL

Honorable John D. Reed, Commissioner
Bureau of Labor Statistics
Austin, Texas

Dear Sir:

Opinion No. O-5622
Re: Payment of fees of peace
officers for serving sub-
poenas for the Bureau of
Labor Statistics out of con-
tingent funds available in
said department.

     You have requested this department to prepare a form
for subpoena to be used by the Commissioner of the Bureau of
Labor Statistics in summoning witnesses to give testimony in
matters related to the duties of said bureau.

     A copy of a suggested subpoena form is enclosed here-
with.

     You also request the opinion of this department as
to whether fees of peace officers for serving such subpoenas
may be paid out of any contingent funds available to the Bureau
of Labor Statistics.

     Article 1562, Vernon's Revised Penal Code, provides
in part:

     "The Commissioner of the Bureau of Labor Sta-
tistics shall have power to issue subpoenas, and
take testimony in all matters related to the duties
required of the said bureau, . . . ."

     And Article 5150, Vernon's Revised Civil Statutes,
contains a similar provision.

     The current biennial appropriation to the Bureau of
Labor Statistics (S. B. No. 332, Acts 48th Legislature, Reg.

Honorable John D. Reed, page 2

Sess., Ch. 400, p. 958) contains the following item of appropriation from the General Revenue Fund:

|  | "For the Years |  |
|---|---|---|
|  | "Beginning | Ending |
|  | "September 1, | August 31, |
|  | 1943 | 1945 |

"    .   .   .   .

"15. Equipment, Stationery, Printing, Postage, Office Supplies, Telephone, Telegraph, Express and Contingent Expense.........$3,000.00        $3,000.00"

It appears that the Legislature, in making this appropriation, had in contemplation the use of the term "contingent expense" in the sense of general items of expense not provided for specifically. State v. Kirtz, 144 N. E. 120, 124; 110 Ohio State 332. See also our Opinion No. 0-1332. The costs of procuring service of subpoenas come within this class of expenses.

It is therefore the opinion of this department that the fees of peace officers for serving subpoenas for the Bureau of Labor Statistics may be paid out of said contingent fund.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By        W. R. Allen

W. R. Allen
Assistant

WRA:db

Enclosure



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN